# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2019

160447 & (41)(42)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JACOB LANGSTON-PORTER LABELLE,
    Defendant-Appellant.

_____/

SC: 160447
COA: 347421
Washtenaw CC: 18-000596-FC

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 29, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay is DENIED.

MCCORMACK, C.J., did not participate due to her preexisting relationship with a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2019



Clerk

b1031